# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL CALDERON,**

    **Plaintiff,**

    vs.                                      CIV 18-230 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER GRANTING MOTION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter is before the Court on Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four (Doc. 19). The Motion is **GRANTED**.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED, this _1st_ day of _October_, 2018.

 

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Respectfully submitted,

*s/ Thomas H. Kraus 10/1/2018*
Thomas H. Kraus
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

*Email Approval on 10/1/2018*
Benjamin Eilers Decker
Attorney for Crystal Calderon
Decker Law Office, LLC
P.O. Box 92740
Albuquerque, NM 87199
(505) 369-6272
(505) 395-9296
ben@deckerlawoffice