# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL CALDERON,**

     **Plaintiff,**

 **v.**                                            **No. 18-cv-0230 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

     **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings [Doc. 19],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**